IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN WECKESSER and | § | |
| BARBRA WECKESSER | § | PLAINTIFFS |
| | § | |
| v. | § | CIVIL ACTION NO. 1:08CV357-LG-RHW |
| | § | |
| CHICAGO BRIDGE AND IRON; L.G. | § | |
| BARCUS AND SONS INC.; A. J. | § | |
| HOLLOWAY; and CITY OF BILOXI | § | DEFENDANTS |

## ORDER DENYING PLAINTIFFS' MOTION IN LIMINE

**BEFORE THE COURT** is the Motion in Limine [164] filed by the plaintiffs seeking to exclude a MEMA report. This Court has previously denied an almost identical Motion seeking to exclude MEMA documents in an Order [103] entered on June 16, 2009. As the Court previously explained to the plaintiffs, if CB&I attempts to enter any MEMA records into evidence at trial, the plaintiffs will be permitted to raise an objection to the entry of the documents and the Court will rule on the objection at that time. The Court cannot make a determination as to the relevance or admissibility of these documents until trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion in Limine [164] filed by the plaintiffs is **DENIED**. However, the plaintiffs will be permitted to raise objections concerning this issue at trial, if necessary.

**SO ORDERED AND ADJUDGED** this the 21th day of January, 2010.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE