IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN AND BARBRA WECKESSER** § | | **PLAINTIFFS** |
| § | | |
| v. § | Civil Action No. 1:08CV357-LG-RHW | |
| § | | |
| **CHICAGO BRIDGE and IRON and** § | | |
| **L.G. BARCUS and SONS, INC.** § | | **DEFENDANTS** |

## ORDER CONTINUING TRIAL DATE

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the purpose of rescheduling the trial of this matter. The case is currently scheduled for trial on October 18, 2010. However, the Court must schedule a criminal matter, which takes precedence over civil matters, for trial on that date. As a result, the trial of this matter is moved to a second setting behind the case of *Shular Contracting Inc. v. Gulf Concrete*, LLC, 1:09cv206-LG-RHW on October 25, 2010.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the trial of this matter is continued to October 25, 2010, as a second setting.

**SO ORDERED AND ADJUDGED** this the 5th day of October, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE