IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN AND BARBARA WECKESSER** § | | **PLAINTIFFS** |
| § | | |
| v. § | Civil Action No. 1:08CV357-LG-RHW | |
| § | | |
| **CHICAGO BRIDGE and IRON and** § | | |
| **L.G. BARCUS and SONS, INC.** § | | **DEFENDANTS** |

### JUDGMENT ON A JURY VERDICT

This action was tried by a jury with Judge Louis Guirola, Jr., presiding, and the jury has rendered a verdict.  It is ordered that the plaintiffs recover nothing, the action be dismissed on the merits, and the defendants recover costs from the plaintiffs.

**SO ORDERED AND ADJUDGED** this the 19th day of October, 2010.


*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge